No. 81–1890.  BECKMAN *v.* EQUAL EMPLOYMENT OPPOR-
TUNITY COMMISSION ET AL.  C. A. 10th Cir.  Motion of pe-
titioner for leave to proceed as a veteran granted.  Certio-
rari denied.